952 F.2d 399
 Dodson
v.
Spiliada Maritime
 NO. 91-3567
 United States Court of Appeals,
Fifth Circuit.
 Jan 02, 1992
 
 Appeal From: E.D.La.
 VACATED.
 
 
 1
 952 F.2d 399, Zelaya v. I.N.S., (C.A.5 1992)952 F.2d 399
 
 Zelaya
 
 2
 v.
 
 
 3
 INS*
 
 NO. 91-4304
 
 4
 United States Court of Appeals,
 
 
 5
 Fifth Circuit.
 
 Jan 02, 1992
 
 6
 Appeal From: I.N.S.
 
 
 7
 AFFIRMED.
 
 
 
 *
 Local Rule 47.6 case